IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN WEEMS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-4432 |
| KEHE FOOD DISTRIBUTORS, INC., d/b/a | : | |
| KEHE DISTRIBUTORS, LLC. | : | |

**SURRICK, J.** APRIL 7, 2011

## ORDER

AND NOW, this 7th day of April, 2011, upon consideration of Defendant's Partial Motion to Dismiss (ECF No. 5), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.

*[handwritten notations and signatures]* 4/7/11